October 4, 2024

<u>VIA ECF</u>

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    1. *Bodea v. JPMorgan Chase & Co. et al*, Docket No. 1:24-cv-06404
                 2. *Lopez v. JPMorgan Chase & Co. et al*, Docket No. 1:24-cv-06489

Dear Judge Schofield:

      As set forth in the accompanying Stipulation and Proposed Order, the Parties respectfully move the Court for an Order consolidating the above-captioned actions (the "Actions") and setting a time to apply for interim class counsel (*see* ECF No. 19, 24).

      The Actions arise out of similar operative facts and assert similar legal claims against Defendants, including, among other things, that Defendants breached their fiduciary duties and contractual obligations to Plaintiffs and proposed Class members with respect to their cash sweep program.

      The Parties agree that consolidation of the Actions meets the requirements of Rule 42(a) of the Federal Rules of Civil Procedure and that the consolidation of the Actions will promote the fair and efficient administration of the Actions and avoid unnecessary duplicative efforts. However, Defendants expressly reserve all rights to challenge whether the Actions state legally cognizable claims or may be properly brought as class actions pursuant to Rule 23 of the Federal Rules of Civil Procedure.

      The Parties also agree that the establishment of a time for the filing of applications for appointment of Interim Class Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure is warranted for the fair and efficient management of the Actions.

Honorable Lorna G. Schofield
October 4, 2024
Page 2

Respectfully submitted,

/s/ Michael Dell'Angelo
Michael Dell'Angelo (pro hac vice)
Radha Nagamani Raghavan
Alex B. Heller (pro hac vice)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Email: mdellangelo@bm.net
rraghavan@bm.net
aheller@bm.net

Alan L. Rosca, Esq. (PHV pending)
Jonathan A. Korte, Esq. (PHV forthcoming)
ROSCA SCARLATO LLC
2000 Auburn Dr. Suite 200
Beachwood, OH 44122
Telephone: (216) 946-7070
Email: arosca@rscounsel.law
jkorte@rscounsel.law
Paul J. Scarlato, Esq. (PHV pending)
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Telephone: (216) 946-7070
Email: pscarlato@rscounsel.law

*Counsel for Plaintiff Bodea and the Proposed Class*

/s/ Linda P. Nussbaum
Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
Telephone: (917) 438-9189
Email: lnussbaum@nussbaumpc.com
Michele Carino
GREENWICH LEGAL ASSOCIATES, LLC
881 Lake Avenue, Greenwich CT 06831
Telephone: (203) 629-4900
Email: mcarino@grwlegal.com

*Counsel for Plaintiff Lopez and the Proposed Class*

s/ Jayant W. Tambe
Jayant W. Tambe
Laura W. Sawyer
Meredith Christian
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: 212-326-3939
Facsimile: 212-755-7306
Email: jtambe@jonesday.com
lwsawyer@jonesday.com
mchristian@jonesday.com

*Counsel for Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC*