## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Case No. 24-cv-06404-LGS<br><br>*In re JP Morgan Chase Cash Sweep Program*, | Plaintiff's request for appointment of interim class counsel is held in abeyance pending the receipt of their letter regarding the status of consolidation discussions with plaintiff's counsel in the *Canales* action. By **October 24, 2024**, Plaintiff shall provide plaintiff's counsel in the *Canales* action with a copy of this Order.<br><br>Dated: October 17, 2024<br>New York, New York<br><br>LORNA G. SCHOFIELD<br>UNITED STATES DISTRICT JUDGE |

### NOTICE OF PLAINTIFF DAN BODEA'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

PLEASE TAKE NOTICE that on a date and time determined by the Court, before the Honorable Lorna G. Schofield, United States Judge at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Plaintiff Dan Bodea ("Plaintiff") in the above-captioned consolidated action, through the undersigned counsel, will respectfully move this Court for entry of an Order:

(1) appointing Berger Montague PC ("BMPC") as Interim Class Counsel pursuant to Fed. R. Civ. P. 23(g) and Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") as Local Counsel; and

(2) granting any further relief as the Court may deem just and proper.

This Motion is supported by the accompanying Memorandum of Law, the Joint Declaration of Michael Dell'Angelo and John Rizio-Hamilton filed herewith and all exhibits attached thereto, and the pleading and other filings herein.

DATED: October 15, 2024        Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ John Rizio-Hamilton*
　　　　　　　　　　　　　　　　　　Salvatore J. Graziano
　　　　　　　　　　　　　　　　　　John Rizio-Hamilton
　　　　　　　　　　　　　　　　　　Avi Josefson

        Michael D. Blatchley
        **BERNSTEIN LITOWITZ BERGER**
           **& GROSSMANN LLP**
        1251 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 554-1400
        salvatore@blbglaw.com
        johnr@blbglaw.com
        avi@blbglaw.com
        michaelb@blbglaw.com

        *Counsel for Plaintiff Dan Bodea and Proposed Local Counsel*

        Michael Dell'Angelo (*pro hac vice*)
        Jacob M. Polakoff (*pro hac vice* forthcoming)
        Alex B. Heller (*pro hac vice*)
        Radha Nagamani Raghavan
        **BERGER MONTAGUE PC**
        1818 Market Street, Suite 3600
        Philadelphia, PA 19103
        Telephone: (215) 875-3000
        mdellangelo@bm.net
        jpolakoff@bm.net
        aheller@bm.net
        rraghavan@bm.net

        *Counsel for Plaintiff Dan Bodea and Proposed Interim Counsel for the Class*