UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAN BODEA, Individually and on behalf of all others similarly situated,<br>　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>JP MORGAN CHASE AND CO., et al.,<br>　　　　　　　　　Defendants. | 24 Civ. 6404 (LGS) |
| JAMIE CANALES, Individually and on behalf of all others similarly situated.,<br>　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>JP MORGAN CHASE AND CO., et al.,<br>　　　　　　　　　Defendants. | 24 Civ. 8377 (LGS) |
| HASAN ABBAS, Individually and on behalf of all others similarly situated,<br>　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>JP MORGAN CHASE AND CO., et al.,<br>　　　　　　　　　Defendants. | ORDER<br><br>24 Civ. 9516 (LGS) |
| NANCY MCNAMARA, Individually and on behalf of all others similarly situated,<br>　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>JP MORGAN CHASE AND CO., et al.,<br>　　　　　　　　　Defendants. | 24 Civ. 9448 (LGS) |

LORNA G. SCHOFIELD, District Judge:

　　WHEREAS, the above-captioned cases have been assigned to the undersigned as related.

　　WHEREAS, on December 18, 2024, Plaintiff in *Abbas v. JP Morgan Chase & Co.*, 24 Civ. 9516, moved in the *Bodea* action to (1) intervene and (2) stay the case.

WHEREAS, there are pending motions in the *Canales* and *Bodea* actions to consolidate the cases and appoint their counsel as lead and/or co-lead interim counsel. A conference is scheduled for an oral ruling on these motions on December 20, 2024, at 11:00 A.M. Plaintiffs in the two newly related cases have not yet had an opportunity to apply to act as lead counsel.

WHEREAS, a hearing is scheduled before the Panel on Multidistrict Litigation ("MDL Panel") on January 30, 2025, to determine whether these and other cases should be consolidated in a multi-district action. It is hereby

**ORDERED** that the December 20, 2024, conference is **cancelled**. It is further

**ORDERED** that *Abbas* counsel's motions to intervene in and stay the *Bodea* action are **DENIED**. It is further

**ORDERED** that on **February 11, 2025, at 2:00 P.M**, a conference will be held to discuss consolidation of the above-captioned cases, motions to act as lead counsel and any other preliminary matters. By **February 7, 2025**, the parties shall file a joint letter regarding the status of the MDL Panel's decision. If counsel advise the Court that the MDL Panel has not acted by that date, the conference will be adjourned. If counsel advise the Court that the above-captioned cases have been accorded MDL treatment, then the conference will be cancelled. The conference will be in person at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, NY, 10007 at Room 1106.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 59 in the action 24 Civ. 6404.

Dated: December 19, 2024
  New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**