UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re JP Morgan Chase Cash Sweep Program*, | 24 Civ. 6404 (LGS) |
| JAMIE CANALES, Individually and on behalf of all others similarly situated,<br>                    Plaintiff,<br>-against-<br>JP MORGAN CHASE AND CO., et al.,<br>                    Defendants. | 24 Civ. 8377 (LGS) |
| HASAN ABBAS, Individually and on behalf of all others similarly situated,<br>                    Plaintiff,<br>-against-<br>JP MORGAN CHASE AND CO., et al.,<br>                    Defendants. | <u>ORDER</u><br><br>24 Civ. 9516 (LGS) |
| NANCY MCNAMARA, Individually and on behalf of all others similarly situated,<br>                    Plaintiff,<br>-against-<br>JP MORGAN CHASE AND CO., et al.,<br>                    Defendants. | 24 Civ. 9448 (LGS) |

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference regarding consolidation of the above-captioned cases, motions to act as lead counsel and other preliminary matters was held on February 11, 2025. As discussed at the conference, it is hereby

**ORDERED** that, pursuant to the factors identified in Federal Rule of Civil Procedure 23(g), Berger Montague PC is appointed lead counsel and Bernstein Litowitz Berger & Grossmann LLP is appointed local counsel. In particular, the Court considers Berger Montague's deep involvement in this case and its history litigating similar "cash sweep program" cases in this district. It is further

**ORDERED** that, by **February 14, 2025**, Plaintiff shall file a proposed order consolidating the above-captioned cases. Plaintiff shall also propose a schedule agreeable to Defendants to file a Consolidated Complaint, answer or move in response the Consolidated Complaint, and file a proposed Case Management Plan and Scheduling Order.

The Clerk of Court is respectfully directed to close the motions at Dkt. No. 53 in 24 Civ. 6404; Dkt. Nos. 45 and 50 in 24 Civ. 8377; and Dkt. No. 17 in 24 Civ. 9448.

Dated: February 13, 2025
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**