**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re JP Morgan Chase Cash Sweep Program* | Case No. 1:24-cv-06404-LGS |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**
**THE CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure, Defendants J.P. Morgan Securities LLC and JPMorgan Chase & Co., by and through

undersigned counsel, hereby move this Court, before the Honorable Judge Lorna G. Schofield,

United States District Judge, at the United States District Court for the Southern District of New

York, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the

Court, for an order dismissing the Consolidated Class Action Complaint for failure to state a

claim upon which relief can be granted.  A memorandum of law in support of this Motion is filed

herewith.

Dated: May 13, 2025

*/s/ Jayant W. Tambe*
Jayant W. Tambe
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
jtambe@jonesday.com

*Counsel for Defendants J.P.*
*Morgan Securities LLC and*
*JPMorgan Chase & Co.*