JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

DIRECT NUMBER: +1.212.326.3407

JTAMBE@JONESDAY.COM

June 25, 2025

VIA ELECTRONIC COURT FILING

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *In re JP Morgan Chase Cash Sweep Program*, Case No. 1:24-cv-06404-LGS
Request for Oral Argument

Dear Judge Schofield:

Pursuant to Rule III.B.6 of the Court's Individual Rules and Practices, Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC respectfully request oral argument in support of their Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint. *See* ECF Nos. 84-86. Consistent with this Court's Scheduling Order, the Motion is now fully briefed. *See* ECF No. 76 (Scheduling Order); ECF No. 96 (Plaintiffs' Opposition to the Motion to Dismiss); ECF No. 100 (Defendants' Reply Brief in Support of the Motion to Dismiss).

Respectfully submitted,

*/s/ Jayant W. Tambe*
Jayant W. Tambe

cc: All counsel of record (via ECF)