UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025

In re:

    **JP MORGAN CHASE CASH
    SWEEP PROGRAM**

    **24-CV-06404 (LGS)(SN)**

    **ORDER**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Per the Amended Case Management Order (ECF No. 138), the parties should have substantially completed their document productions on December 15, 2025. By no later than Monday, December 29, 2025, the parties are directed to contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov, if they would like to schedule a settlement conference. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    December 16, 2025
           New York, New York