UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **JP MORGAN CHASE CASH
    SWEEP PROGRAM**

-----------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/13/2026**

24-CV-06404 (LGS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of the decision on Defendants' motion to dismiss, the parties should contact

Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov if they believe a settlement

conference would be productive.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      February 13, 2026
              New York, New York