# JONES DAY

250 VESEY STREET  •  NEW YORK, NEW YORK  10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number:  +1.212.326.3604
JTAMBE@JONESDAY.COM

May 22, 2026

Plaintiffs' application to seal is **DENIED** because no party seeks to seal the subject information.

The Clerk of Court is respectfully directed to lift the seal on Dkt. 157 and to close the motion at Dkt. 156.

VIA ECF
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dated: May 26, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    *In re JP Morgan Chase Cash Sweep Program*, 1:24-cv-06404-LGS-SN

Dear Judge Schofield:

Plaintiffs filed a letter requesting a pre-motion conference in connection with their anticipated motion for class certification.  *See* ECF No. 156; 156-1.  In that letter, Plaintiffs redacted certain information from documents that J.P. Morgan Securities LLC ("JPMS") produced as "confidential" under the parties' protective order.  ECF No. 115.   Pursuant to Rule I.D.3 of this Court, JPMS is required to "explain[] why it seeks to have" Plaintiffs' Letter "filed in redacted form or under seal."  This Court granted JPMS leave to file that request or explanation today.  *See* ECF 160.  After conferring with Plaintiffs, JPMS does not seek to have the redacted information filed under seal.

Respectfully submitted,

/s/ *Jayant W. Tambe*
Jayant W. Tambe

*Counsel for Defendant JPMS*

cc: All counsel of record (via ECF)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON