UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
:                          24 Civ. 6404 (LGS)
*In re JPMorgan Chase Cash Sweep Program*     :
:                              **ORDER**
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference is scheduled for June 9, 2026, to discuss Plaintiffs' anticipated motion for class certification. Based on the parties' submissions, it is hereby

**ORDERED** that that the conference scheduled for June 9, 2026, is **CANCELED**. It is further

**ORDERED** that that parties shall adhere to the briefing schedule set by the Order entered March 20, 2026 (Dkt. 155), for Plaintiff's anticipated motion for class certification.

Dated: June 5, 2026
     New York, New York

                                     LORNA G. SCHOFIELD
                               **UNITED STATES DISTRICT JUDGE**