USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**In re:**

**JP MORGAN CHASE CASH SWEEP PROGRAM**

**24-CV-06404 (LGS)(SN)**

**ORDER**

---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On Friday, August 14, 2026, Plaintiffs filed a letter motion for a conference regarding the Court's prior ruling limiting custodial document discovery through the date that this action was filed. See ECF No. 206. Defendants are ORDERED to file a response letter (not to exceed five pages) by no later than Thursday, August 20, 2026.

Plaintiffs separately filed a response to Defendants' recent letter motion seeking to quash various subpoenas. See ECF Nos. 201, 209. In their response, Plaintiffs note their willingness to further confer on some of the disputed issues. By no later than Friday, August 21, 2026, the parties and directed to continue the meet and confer process and file a status letter updating the Court on whether any of the discovery issues have been resolved and which issues remain pending. The parties may include this information as part of their joint letter that the Court separately requested regarding unsealing certain filings, which is also due on Friday, August 21, 2026. See ECF No. 211.

Further, a discovery conference to discuss the parties' letter motions filed at ECF Nos. 201 and 206 is scheduled for Wednesday, August 26, 2026, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at

diljah_shaw@nysd.uscourts.gov. If the parties resolve the disputed issues before the conference, they may file a request to adjourn the discovery conference.

Finally, Plaintiffs filed two motions to seal related to their recent letter motion and response letter. See ECF Nos 205, 208. Plaintiffs' motions to seal are GRANTED on an interim basis. The Court may revisit this ruling when it addresses the underlying motions. If Defendants oppose either motion to seal, they may include their opposition as part of their response letter due on Thursday, August 20, 2026.

The Clerk of Court is respectfully requested to terminate the motions filed at ECF Nos. 205 and 208.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 17, 2026
New York, New York