USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/25/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

**In re:**

**JP MORGAN CHASE CASH SWEEP PROGRAM**

------------------------------------------------------------X

**24-CV-06404 (LGS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On Friday, August 21, 2026, the parties filed a joint letter indicating that counsel for Defendants is unavailable for the discovery conference scheduled for August 26, 2026, at 2:00 p.m. See ECF No. 214. Accordingly, the discovery conference to discuss the parties' letter motions filed at ECF Nos. 201 and 206 is RESCHEDULED to Tuesday, September 1, 2026, at 10:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Separately, the Court approves the parties' agreed-up treatment of materials to be filed under seal with respect to Plaintiffs' July 21, 2026 Discovery Letter and Exhibits. See ECF No. 214-1. Defendants are ORDERED to file a revised, publicly redacted version of ECF No. 196 by no later than Friday, August 28, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 25, 2026
New York, New York