USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**In re:**

**JP MORGAN CHASE CASH SWEEP PROGRAM**

-----------------------------------------------------------X

**24-CV-06404 (LGS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The conference scheduled for October 8, 2026, is RESCHEDULED to Wednesday, October 21, 2026, at 11:00 a.m. As a reminder, the purpose of the conference is for the Court to better understand the nature of the "10 to 12" pages at issue. The parties should appear in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 6, 2026
New York, New York