UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In re JPMorgan Chase Cash Sweep Program* : 24 Civ. 6404 (LGS)

**ORDER**

---

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs move for class certification, to appoint Plaintiffs as representatives of the Class and to appoint Class Counsel and Class Local Counsel.

WHEREAS, in support of the motion, Plaintiffs filed a reply memorandum and exhibits, which include excerpts of deposition transcripts. It is hereby

**ORDERED** that, by **October 20, 2026**, Plaintiffs shall, in accordance with Individual Rule III.B.3, provide an electronic, text searchable courtesy copy of any deposition transcript excerpted as an exhibit and not previously provided to the Court.

Dated: October 16, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE