BERGER | MONTAGUE

MICHAEL DELL'ANGELO
EXECUTIVE SHAREHOLDER & GENERAL COUNSEL
d 215.875.3080 | mdellangelo@bergermontague.com

The application to seal Dkt. No. 258 is **DENIED as moot**.

The Clerk of Court is respectfully directed to strike the filings at Dkt. Nos. 258 & 259 and to close the motion at Dkt. No. 267.

Dated: October 20, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

October 16, 2026

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
for the Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

Re: *In re JP Morgan Chase Cash Sweep Program*, No. 1:24-cv-06404-LGS-SN

Dear Judge Schofield:

We represent Plaintiffs Dan G. Bodea and Richard W. Quigley Jr. (together, "Plaintiffs") in the above-referenced action. Pursuant to ECF Rule 21.7(b) and Individual Rule I.D.3, Plaintiffs respectfully request that the Court formally seal ECF No. 258, Plaintiffs' redacted reply in support of class certification as originally filed on October 15, 2026. One phrase of the reply was inadvertently left unredacted before the document was filed publicly. JPMS designated the information in that phrase Confidential under the Protective Order (ECF No. 115). The sealed version of Plaintiffs' Reply Memorandum remains on file at ECF No. 261. Defendant's deadline to maintain the sealed portions of the brief under seal, including the portion that Plaintiffs have taken steps to correct, is Monday, October 19, 2026. In the meantime, the Clerk has restricted the filing from public access, and Plaintiffs have submitted a corrected version of their redacted reply brief today, at ECF No. 265, with the phrase redacted.

**Steps taken.** As ECF Rule 21.7(a) directs, earlier today, Plaintiffs contacted the ECF Help Desk with an "Emergency Sealing Request," and the filing has been temporarily sealed and made inaccessible to PACER users. Plaintiffs also notified JPMS's counsel at 9:04am today. Plaintiffs have also successfully contacted service providers for querying ECF dockets, including Westlaw, Bloomberg, LexisNexis, and DocketAlarm, who have each removed the filing from public view.

**Relief requested.** Plaintiffs ask the Court to (1) maintain ECF No. 258 under seal. The request is narrow. It covers a single phrase, and the corrected public version at ECF No. 265 leaves all other unredacted portions of the reply publicly accessible. Plaintiffs file this motion to honor JPMS's designation under the Protective Order, which remains JPMS's burden to substantiate under Individual Rule I.D.3.[1]

[1] Separately, Plaintiffs' corrected filings replace Exhibit 16 to the Dell'Angelo Reply Declaration, which inadvertently included the full Booklet (which is not confidential) at ECF No. 259-1. The corrected Dell'Angelo Reply Declaration, ECF No. 266, contains only two excerpted pages of the proper version of the Booklet that was introduced as an exhibit at depositions, and conforms to the exhibit allowance granted by the Court.

BERGER MONTAGUE

Respectfully submitted,

Michael Dell'Angelo

cc: All counsel (via ECF)

BERGER|MONTAGUE

**APPENDIX OF COUNSEL OF RECORD WHO SHOULD HAVE ACCESS TO SEALED DOCUMENTS**

Jayant W. Tambe
Laura Washington Sawyer
Céalagh P. Fitzpatrick
Meredith Christian
**JONES DAY**
250 Vesey Street
New York, NY 10281
(212) 326-3939
jtambe@jonesday.com
lwsawyer@jonesday.com
cfitzpatrick@jonesday.com
mchristian@jonesday.com

***Counsel for Defendant J.P. Morgan Securities LLC***

Michael Dell'Angelo (*pro hac vice*)
Alex B. Heller (*pro hac vice*)
Joel M. Sweet (*pro hac vice*)
Radha Nagamani Raghavan
Joseph E. Samuel, Jr. (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bergermontague.com
aheller@bergermontague.com
jsweet@bergermontague.com
rraghavan@bergermontague.com
jsamuel@bergermontague.com

***Lead Counsel for Plaintiffs and the Proposed Class***

Salvatore J. Graziano
John Rizio-Hamilton
Adam H. Wierzbowski
Michael D. Blatchley
Emily A. Tu
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
salvatore@blbglaw.com
johnr@blbglaw.com
adam@blbglaw.com
michaelb@blbglaw.com
emily.tu@blbglaw.com

***Local Counsel for Plaintiffs and the Proposed Class***